MICHAEL J. LYONS AND ELIZABETH C. LYONS, PROSECU-
TORS, v. MARY F. ARMSTRONG, EDWARD F. ARM-
STRONG, JOHN J. McGOVERN, CLERK OF THE HUDSON
COUNTY COURT OF COMMON PLEAS, ADAM O. ROB-
BINS, ACTING JUDGE OF HUDSON COUNTY COURT
OF COMMON PLEAS, DEFENDANTS.

Decided July 17, 1924.

**New Trial—Verdict Against Weight of Evidence—Discretion of
Trial Court on Two Previous Occasions.**

On rule to show cause why *certiorari* should not issue.

For the rule, *Mark Townsend, Jr.*

*Contra, O'Brien & Tartalsky.*

The opinion of the court was delivered by

MINTURN, J. The Common Pleas had this matter before
it upon rule to show cause why a new trial should not be
granted upon two occasions, and in each instance reached the
same result and set aside the verdict. There is no question
of jurisdiction in the case, the only issue presented being
whether the trial court, in setting aside the verdict as against
the weight of evidence, abused the discretion reposed in it. I
have no means of determining that question since the evidence
is not before me, but if it were I should hesitate long before
granting this writ after the trial court in the exercise of its
undoubted discretion had upon two occasions exercised it to
the best of its judgment. *State* v. *Potter,* 83 *N. J. L.* 428.

The rule will be discharged.